Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                :

     - v. -                              :

JOSE JUAN SALAZAR,                      :
    a/k/a "Amigo,"                      :

            Defendant.       :

- - - - - - - - - - - - - - - - - - - X

07 CRIM. 633

INDICTMENT   RCD

07 Cr.

JUL 1 2 2007

## COUNT ONE

The Grand Jury charges:

1.    On or about November 7, 2006, in the Southern District of New York and elsewhere, JOSE JUAN SALAZAR, a/k/a "Amigo," the defendant, unlawfully, willfully and knowingly transferred a false identification document that appeared to be issued by or under the authority of the United States, knowing that such document was produced without lawful authority, to wit, SALAZAR sold five false social security cards and three United States permanent resident cards to a confidential informant in New York, New York.

(Title 18, United States Code, Section 1028(a)(2).)

## COUNT TWO

The Grand Jury further charges:

2.    On or about June 28, 2007, in the Southern District of New York and elsewhere, JOSE JUAN SALAZAR, a/k/a

"Amigo," the defendant, unlawfully, willfully and knowingly

transferred a false identification document that appeared to be

issued by or under the authority of the United States, knowing

that such document was produced without lawful authority, to wit,

SALAZAR transferred eight false social security cards and one

United States permanent resident card to a confidential informant

in New York, New York.

(Title 18, United States Code, Section 1028(a)(2).)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**JOSE JUAN SALAZAR,**
**a/k/a "Amigo"**

**Defendant.**

**INDICTMENT**

07 Cr.

(Title 18, United States Code,
Section 1028(a)(2).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

7/12/07 Filed Indictment. Case Assigned
to Judge Pauley.

s/Mag. J. Katz