**U.S. Department of Justice**

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 11, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9.17.07
```

**BY FAX**
The Honorable William H. Pauley III
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-6390

Re: United States v. Jose Juan Salazar,
07 Cr. 633 (WHP)

Dear Judge Pauley:

The Government respectfully submits this letter, on consent, to request that the conference scheduled in this matter for tomorrow, September 12, 2007 at noon, be adjourned for approximately two weeks, and that the time between today and the next conference be excluded from calculations under the Speedy Trial Act.

The defendant has informed the Government of his intention to enter a guilty plea. Pursuant to the Court's referral, the defendant is currently scheduled to plead guilty before a Magistrate Judge on Monday, September 17, 2007. Accordingly, the Government is requesting this adjournment in order to allow the defendant sufficient time to enter a guilty plea.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Jonathan B. New
Assistant U.S. Attorney
(212) 637-1049

Application Granted. Case Adjourned to 9-21-07 at 11:45 am

**SO ORDERED:**
_____
WILLIAM H. PAULEY III U.S.D.J.
9-11-07

cc: Peter Tsapatsaris, Esq.