# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director



Southern District of New York
John J. Byrnes
Attorney-in-Charge

December 27, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08
```

The Honorable William H. Pauley III
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Jose Juan Salazar</u>, 07 Cr. 633-01 (WHP)

Dear Judge Pauley:

I write to request a brief adjournment of Jose Salazar's sentencing hearing, currently scheduled for January 4, 2007. Mr. Salazar awaits sentencing after having pled guilty to identification document fraud, and he remains in custody.

I have been employed by this office for just over two weeks. I inherited this case, and several others, from a former attorney in our office, Peter Tsapatsaris. While I have thoroughly reviewed Mr. Salazar's case file, I am attempting to gather records and background information necessary for preparation of a complete sentencing submission. As such, I require additional time to prepare for the sentencing.

I anticipate that an adjournment of thirty (30) days will be sufficient to allow me to adequately prepare for the sentencing hearing and submit any mitigation letters in advance of the hearing. The Government consents to this request.

Application Granted. Sentencing Adjourned to 2-8-08 AT 4:00 P.M.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1-2-08

Respectfully submitted,

Hugh M. Mundy
Attorney for Mr. Salazar
(212) 417-8737

cc: Assistant U.S. Attorney Jonathan New