AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

## APPEARANCE

Case Number: 07-CR-633-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE SALAZAR

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/3/2008 | *[signature]* |
| Date | Signature |
| | HUGH M. MUNDY     9500 |
| | Print Name     Bar Number |
| | 52 Duane Street, Tenth Floor |
| | Address |
| | New York    NY    10007 |
| | City    State    Zip Code |
| | (212) 417-8700    (212) 571-0392 |
| | Phone Number    Fax Number |