UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

        - v. -                          :   ORDER

JOSE JUAN SALAZAR,                      :   07 Cr. 633 (WHP)
    a/k/a "Amigo,"
                                        :
              Defendant.
                                        :
- - - - - - - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on September 17, 2007;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         ~~October __, 2007~~
         Feb. 14, 2008

                                       HON. WILLIAM H. PAULEY III
                                       UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08